No. 81–6848.   BALOGH *v.* HILTON ET AL.   C. A. 3d Cir. Certiorari denied.

No. 81–6850.   BUTHY *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 81–6852.   POSEY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–6855.   MARTINEZ *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–6856.   CONTRERAS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6859.   ARELLANES *v.* HADDEN ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–6860.   BOAG *v.* CHIEF OF POLICE OF PORTLAND, OREGON, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6863.   WHITE *v.* OHIO.   Ct. App. Ohio, Portage County.   Certiorari denied.

No. 81–6864.   EDWARDS *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 81–6865.   REITER *v.* CROSIER, JUDGE, 18TH DISTRICT COURT, JOHNSON COUNTY, TEXAS.   Sup. Ct. Tex.   Certiorari denied.

No. 81–6866.   SETTLE ET AL. *v.* ESPIEFS, TRUSTEE. C. A. 1st Cir.   Certiorari denied.

No. 81–6867.   STRADER *v.* BUNCH, ASSISTANT SOLICITOR, HORRY COUNTY, SOUTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.